UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| In re: DIONETTA N. BOONE ) | |
| ) | Bankruptcy No. 09-72277 |
| Debtors ) | Chapter 7 |
| JP MORGAN CHASE BANK, N.A. ) | |
| Movant ) | |
| v. ) | |
| DIONETTA N. BOONE ) CHARLES L. MARCUS, ) TRUSTEE ) | |
| Respondents ) | |

ORDER TERMINATING AUTOMATIC STAY

THIS MATTER comes before the Court after hearing on September 3, 2009, upon the Motion of Creditor for termination of the automatic stay pursuant to 11 U.S.C. Sec. 362 (d) on the following described personal property, to-wit:

2006 Hummer VIN: H25GRGN22U96H117242

THE COURT FINDS:

1. Movant is the owner and holder of a purchase money security interest ("PMSI") on the above-described property.

2. The Debtor has defaulted in the payments due under the terms of the purchase money security agreement forming the basis for the PMSI in this case.

3. Debtor is unable or unwilling to provide adequate protection to Movant and the automatic stay is resulting in a decrease in the value of the Movant's interest in the subject property.

It is therefore ORDERED the Automatic Stay under 11 U.S.C. Sec. 362 is TERMINATED to permit the Movant to seek relief under state law remedies of sale of the property and application of the proceeds to the indebtedness. It is further

_____
Proponent of Order
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant
P.O. Box 75, Roanoke, VA 24002-0075

   ORDERED that the automatic stay shall remain terminated in the even that the debtors convert this case to another Chapter under this title

   ENTERED this _____ day of _____, 2009.

                  _____
                  U.S. Bankruptcy Judge

I ask for this:

/s/ Matthew D. Huebschman_____
Matthew D. Huebschman, Esq. (VSB# 44181)
Jeffrey A. Fleischhauer, Esq. (VSB# 29620)
 Of Counsel to Plaintiff
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA   24002
(540) 344-4490

Seen:

/sl Charles L. Marcus_____
Charles L. Marcus
Crown Center, Suite 300
580 East Main Street
Norfolk, VA 23510

CERTIFICATE OF SERVICE AND ENDORSEMENT

I, Matthew D. Huebschman, Esq., certify that

[ ] Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid this _____ day of _____, 2009.

[ ] Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[ x ] Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

                   /s/ Matthew D. Huebschman_____
                 Matthew D. Huebschman, Esq.