# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In re: | Case No. 09-72277-SCS |
| DIONETTA N. BOONE, | |
| | Chapter 7 |
| *Debtor.* | |

## ORDER DENYING MOTION TO RECONSIDER

This matter came for hearing on October 1, 2009 upon the Debtor's Motion to Reconsider the Court's Order Granting Relief from Stay entered September 17, 2009 in favor of JP Morgan Chase Bank, N.A. as to the Debtor's 2006 Hummer.[1]  At that hearing on the Motion to Reconsider, the Debtor appeared as did her counsel of record.

Representations made at the hearing and a review of the Debtor's case file reveal that the Debtor received her discharge on September 14, 2009. Because the Debtor received her discharge, this Court is without authority to grant the relief sought by the Debtor.

Accordingly, this Court ORDERS that the Motion to Reconsider is DENIED.

The Clerk shall mail a copy of this Order to the Debtor, to the Debtor's counsel of record, and to JP Morgan Chase Bank, N.A.

STEPHEN C. ST. JOHN
United States Bankruptcy Judge

---

[1] In her Motion to Reconsider, the Debtor also addressed a Motion for Relief From Stay filed on August 6, 2009 by BankUnited, FSB, as to the Debtor's real property in Carrollton, Virginia.  On October 1, 2009, a final hearing on that Motion for Relief from Stay revealed that the Debtor was aware of no defenses. Accordingly, relief from stay was ordered.